FILED
March 04, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D18

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** Gordon Byron Hilty | **Case No :** 10-47929 - B - 7 |
| | **Date :** 3/1/11 |
| | **Time :** 01:30 |
| **Matter :** | [12] - Reaffirmation Agreement Between Debtor(s) and North Valley Bank (mgrs) |
| **Judge :** | Thomas Holman |
| **Courtroom Deputy :** | Sheryl Arnold |
| **Reporter :** | Diamond Reporters |
| **Department :** | B |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the reaffirmation agreement is disapproved under 11 U.S.C. Section 524(m).

Dated: March 04, 2011

*Thomas C. Holman*
United States Bankruptcy Judge